UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MCCARTHY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., et al.,<br><br>    Defendants. | Case No. 3:22-cv-05718-JD<br><br>**ORDER RE ECF REQUEST** |

Paul Fullwood represents that he is the president of defendant Loudwolf, Inc., and requests permission for electronic case filing (ECF). Dkt. No. 12. The request is denied.

Fullwood is not a defendant and not an attorney. He cannot represent Loudwolf in this litigation. "It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel." *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 200-01 (1993). This rule is codified in our Civil Local Rules at Rule 3-9(b). The rule states that "[a] corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." Civil L. R. 3-9(b).

Consequently, Mr. Fullwood cannot appear for Loudwolf, Inc., a California corporation, and ECF access is not warranted.

**IT IS SO ORDERED.**

Dated: December 7, 2022

JAMES DONATO
United States District Judge