646.666.8908 | 16 COURT STREET, 33ʳᴰ FLOOR | BROOKLYN, NY 11241
CARRIE@CAGOLDBERGLAW.COM | WWW.CAGOLDBERGLAW.COM

February 4, 2023

*Via ECF*

Hon. James Donato
United States Court House
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

Re: *McCarthy et al v. Amazon.com, Inc. et al*, No. 3:22-cv-05718-JD

Dear Judge Donato,

    C.A. Goldberg, PLLC represents Plaintiffs in the above-captioned matter. We write to request reconsideration of your Order (Dkt. No. 28) vacating the hearing for oral argument on Defendant Amazon.com, Inc.'s Motion to Dismiss or Transfer (Dkt. No. 25) that was set for February 9, 2023.

    We make this request pursuant to paragraph 13 of the Standing Order for Civil Cases Before Judge James Donato. Hannah Meropol (SBN 340095), an Associate Attorney with just over one year of practicing experience, intended to appear on behalf of Plaintiffs to argue opposition to this motion. This would be Ms. Meropol's second appearance on the record since admission to practice.

    We conferred with Defendant Amazon.com, Inc.'s counsel on the matter, who said they appreciate the commitment to providing a new attorney with the opportunity for oral argument, and defer to the court on the management of its docket and allocation of hearing time among its cases. Regardless of your decision on this issue, we are grateful for your commitment to the professional development of new lawyers.

Sincerely,

*/s/ Carrie Goldberg*
Carrie Goldberg (pro hac vice)
Naomi Leeds (pro hac vice)
Hannah Meropol (SBN 340095)
**C.A. Goldberg, PLLC**
16 Court Street 33rd Floor
Brooklyn, NY 11241
Telephone: 646-666-8908
Email: carrie@cagoldberglaw.com
*Attorneys for Plaintiffs*



## CERTIFICATE OF SERVICE

The undersigned, counsel for PLAINTIFFS NICHOLAS MCCARTHY and MARTINIQUE MAYNOR, individually and NICHOLAS MCCARTHY as successor-in-interest to ETHAN MCCARTHY a deceased individual, LAURA JÓNSSON and STEINN JÓNSSON, individually, and LAURA JÓNSSON as successor-in-interest to KRISTINE JÓNSSON, a deceased individual, certifies that the above letter was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on this the 4th day of February, 2023.

/s/ Carrie Goldberg
Carrie Goldberg