# EXHIBIT 1

| | |
|---|---|
| **From:** | Miller, Gregory (SEA) |
| **To:** | Carrie Goldberg |
| **Cc:** | Williamson, Steven (LOS); Naomi Leeds; Hannah Meropol |
| **Subject:** | Re: Activity in Case 3:22-cv-05718-JD McCarthy et al v. Amazon.com, Inc. et al Order |
| **Date:** | Friday, February 3, 2023 6:20:59 AM |
| **Attachments:** | image001.png |

Hi Carrie,

We appreciate your commitment to getting Hannah an opportunity for her first federal court argument. But we do not want to disagree with the court's assessment of how to manage its docket and allocate hearing time among its cases.

Best,

Greg

Sent from my iPhone

> On Feb 2, 2023, at 5:59 PM, Carrie Goldberg <carrie@cagoldberglaw.com> wrote:
>
> Hi Greg and Steve,
>
> Would you consider signing a joint letter to the court reasserting both party's request for oral argument?
> We are particularly disappointed as this was going to be Hannah Meropol's first oral argument in federal court, and we know that per Para 13 of Judge Donato's standing order, the judge does value giving new attorneys the opportunity to be on their feet.
>
>
> Carrie Goldberg, Owner
> C.A. Goldberg, PLLC
> 16 Court Street, 33rd Floor, Brooklyn, NY 11241
> 646.666.8908
> carrie@cagoldberglaw.com
> www.cagoldberglaw.com
>
> <image001.png>
>
>
> **From victim to warrior**
>
> Twitter
> Instagram
> Facebook

[Mailing List](#)

*This email is sent from a law firm and may contain privileged and confidential information.  If you received it in error, please destroy it and inform me. Further disclosure, copying, or distribution is prohibited.*

---

**From:** "ECF-CAND@cand.uscourts.gov" <ECF-CAND@cand.uscourts.gov>
**Date:** Thursday, February 2, 2023 at 4:32 PM
**To:** "efiling@cand.uscourts.gov" <efiling@cand.uscourts.gov>
**Subject:** Activity in Case 3:22-cv-05718-JD McCarthy et al v. Amazon.com, Inc. et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

## Notice of Electronic Filing

The following transaction was entered on 2/2/2023 at 4:31 PM PST and filed on 2/2/2023

**Case Name:**  McCarthy et al v. Amazon.com, Inc. et al
**Case Number:**  3:22-cv-05718-JD
**Filer:**
**Document Number:** 28(No document attached)

**Docket Text:**
**ORDER. The motion to dismiss or transfer, Dkt. No. 25, is suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b). The hearing that was set for February 9, 2023, is vacated. Signed by Judge James Donato on 2/2/2023.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(jdlc3, COURT STAFF) (Filed on 2/2/2023)**

**3:22-cv-05718-JD Notice has been electronically mailed to:**

Carrie Goldberg     carrie@cagoldberglaw.com

Gregory F. Miller     gmiller@perkinscoie.com, docketsea@perkinscoie.com, mlewis@perkinscoie.com

Hannah Claire Meropol     hannah@cagoldberglaw.com

Naomi E Leeds     naomi@cagoldberglaw.com

Steven Williamson     swilliamson@perkinscoie.com, bhoward@perkinscoie.com, docketSDO@perkinscoie.com

**3:22-cv-05718-JD Please see [Local Rule 5-5](); Notice has NOT been electronically mailed to:**

---

**This email has been scanned for spam and viruses by Proofpoint Essentials. Click [here]() to report this email as spam.**