646.666.8908 | 16 COURT STREET, 33RD FLOOR | BROOKLYN, NY 11241
CARRIE@CAGOLDBERGLAW.COM | WWW.CAGOLDBERGLAW.COM

February 6, 2023

*Via ECF*

Hon. James Donato
United States Court House
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

Re: *McCarthy et al v. Amazon.com, Inc. et al*, No. 3:22-cv-05718-JD

Dear Judge Donato,

C.A. Goldberg, PLLC represents Plaintiffs in the above-captioned matter. We write to respond to Defendant Amazon.com, Inc.'s letter to the Court, filed February 5, 2023 (Dkt. No. 30).

First, Plaintiffs do not object to Defendant Amazon.com, Inc.'s ("Amazon") request that, should the Court reconsider its decision regarding oral argument, the hearing be scheduled at a later date, at the Court's convenience, so that Amazon's counsel can make travel and childcare arrangements. *See* Dkt. No. 30.

Second, Plaintiffs disagree with Amazon's assessment that "the personal jurisdiction issue involves a straightforward application of controlling Supreme Court and Ninth Circuit precedents." Dkt. No. 30. As indicated by Amazon's Motion to Dismiss or Transfer (Dkt. No. 25) and Plaintiffs' Motion in Opposition to Defendant Amazon's Motion to Dismiss or Transfer (Dkt. No. 27), the parties dispute a number of questions of law, including but not limited to whether the Court may properly exercise general jurisdiction over Amazon because it presents an "exceptional case" as described by the Supreme Court in *Daimler AG v. Bauman*, 134 S.Ct. 746, 761 n. 19 (2014). The parties' briefs also present a number of disagreements on how precedential authorities should apply to this matter on the issue of specific jurisdiction. Furthermore, Amazon has yet to file is reply brief on this matter, which may surface additional disputes as to how precedential authorities should apply.[1]

---

[1] Plaintiffs are aware that the Court's Standing Order mandates that "[r]eply papers should not raise new points that could have been addressed in the opening motion or brief." Standing Order, ¶ 15.



      Finally, Plaintiffs do not dispute that Exhibit 1 to Amazon's letter (Dkt. No. 30-1) is indeed a true and correct copy of the email exchange between counsel for Plaintiffs and Amazon. Additionally, I wish to correct an unintentional mistake I made in the email to opposing counsel. Ms. Meropol has in fact argued one other time in federal court – on an arbitration motion that she handled for a different attorney. I apologize for the error.

Sincerely,

*/s/ Carrie Goldberg*
Carrie Goldberg (*pro hac vice*)
Naomi Leeds (*pro hac vice*)
Hannah Meropol (SBN 340095)
**C.A. Goldberg, PLLC**
16 Court Street 33rd Floor
Brooklyn, NY 11241
Telephone: 646-666-8908
Email: carrie@cagoldberglaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, counsel for PLAINTIFFS NICHOLAS MCCARTHY and MARTINIQUE MAYNOR, individually and NICHOLAS MCCARTHY as successor-in-interest to ETHAN MCCARTHY a deceased individual, LAURA JÓNSSON and STEINN JÓNSSON, individually, and LAURA JÓNSSON as successor-in-interest to KRISTINE JÓNSSON, a deceased individual, certifies that the above letter was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on this the 6th day of February, 2023.

*/s/ Carrie Goldberg*
Carrie Goldberg