UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MCCARTHY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Case No. 3:22-cv-05718-JD<br><br>**TRANSFER ORDER** |

Pursuant to the Court's minute order, Dkt. No. 34, the case is transferred to the Western District of Washington.

**IT IS SO ORDERED.**

Dated: February 17, 2023

JAMES DONATO
United States District Judge